IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JESSIE JACKSON, JR., )
)
       Plaintiff, )
)
v. ) CV 113-039
)
RONALD STRENGTH, Sheriff, Richmond )
County Sheriff's Office; RICHMOND )
COUNTY SHERIFF'S OFFICE; and THE )
CONSOLIDATED GOVERNMENT OF )
AUGUSTA-RICHMOND COUNTY, )
GEORGIA, )
)
       Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 8). In his R&R, the Magistrate Judge recommended dismissal of Plaintiff's complaint based on his failure to timely effect service on the defendants. (See doc. no. 6.) In particular, the Magistrate Judge noted that, despite having been warned on multiple occasions that failure to effect service would result in the dismissal of his case, Plaintiff failed to communicate with the Court regarding his inability to effect service of process upon the defendants. (Id. at 2.) Furthermore, after being directed by the Court to show cause why his claims should not be dismissed for failure to effect service, Plaintiff failed to respond. (Id. at 2-3.)

Plaintiff objects to the R&R by a letter in which he requests an extension of time to provide the Court with proof of service, claiming that he has in fact served the

defendants but has delayed submitting proof of service due to anonymous threats to himself and his family. (Doc. no. 8, p. 1.) However, even at this late date and facing imminent dismissal, he still fails to provide proof of service. In support of his allegation that he and his family have been threatened, Plaintiff states that he is "forwarding copies of notices of threats made against [him] and [his] family." (Id. at 2.) However, Plaintiff does not elaborate on the nature of these threats, and the only attachments to the letter are document requests made by Plaintiff to Augusta-Richmond County officials, which merely seek documents concerning Plaintiff's claims and offer no evidence of any threats made toward him or his family. (See id. at 3-8.) In short, absent his vague and unsupported claims of intimidation, Plaintiff offers no good cause for his failure to timely effect service, let alone for his failure to respond to the Magistrate Judge's show cause order of July 9, 2013 (doc. no. 5). As to Plaintiff's assertion that he has in fact served the defendants, there is no evidence in the record or in his letter to support his claim. Thus, Plaintiff's objections are **OVERRULED**, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, Plaintiff's complaint is **DISMISSED** without prejudice for failure to timely effect service, and this civil action is **CLOSED**.

SO ORDERED this 29th day of August, 2013, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA